# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PANARES, JORIL S                    §   Case No. 15-21731
        PANARES, EVELYN C                  §
                                           §
_____   §
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,514.00 *(without deducting any secured claims)* | Assets Exempt: $41,100.00 |
| Total Distribution to Claimants: $6,834.93 | Claims Discharged Without Payment: $89,556.85 |
| Total Expenses of Administration: $1,665.07 | |

3) Total gross receipts of $     8,500.00     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $8,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $226,183.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,665.07 | 1,665.07 | 1,665.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,357.00 | 41,867.78 | 41,867.78 | 6,834.93 |
| **TOTAL DISBURSEMENTS** | $322,540.00 | $43,532.85 | $43,532.85 | $8,500.00 |

4) This case was originally filed under Chapter 7 on June 24, 2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/23/2016          By: /s/Ira Bodenstein
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 8816 Moody Ave. Morton Grove, IL 60053 (Debtor's | 1110-000 | 8,500.00 |
| **TOTAL GROSS RECEIPTS** | | $8,500.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED   2 | JPM Chase | 4110-000 | 160,202.00 | N/A | N/A | 0.00 |
| NOTFILED   1 | Citimortgage INC | 4110-000 | 65,981.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $226,183.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,593.98 | 1,593.98 | 1,593.98 |
| Ira Bodenstein | 2200-000 | N/A | 10.85 | 10.85 | 10.85 |
| Rabobank, N.A. | 2600-002 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-002 | N/A | 13.43 | 13.43 | 13.43 |

**UST Form 101-7-TDR (10/1/2010)**

| Rabobank, N.A. | 2600-002 | N/A | 11.75 | 11.75 | 11.75 |
| Rabobank, N.A. | 2600-002 | N/A | 11.73 | 11.73 | 11.73 |
| Rabobank, N.A. | 2600-002 | N/A | 13.33 | 13.33 | 13.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,665.07 | $1,665.07 | $1,665.07 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 2,844.00 | 2,794.42 | 2,794.42 | 456.19 |
| 2 | Navient Solutions Inc. | 7100-000 | 19,105.00 | 19,189.23 | 19,189.23 | 3,132.65 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 19,884.00 | 19,884.13 | 19,884.13 | 3,246.09 |
| NOTFILED | 5 Chase CARD | 7100-000 | 3,742.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Home Depot Credit Svc/Citicard Bankruptcy | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 BK OF AMER | 7100-000 | 19,404.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 CAP1/Bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2 BK OF AMER | 7100-000 | 28,378.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,357.00 | $41,867.78 | $41,867.78 | $6,834.93 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-21731 | Trustee: (330129) Ira Bodenstein |
| Case Name: PANARES, JORIL S | Filed (f) or Converted (c): 06/24/15 (f) |
| PANARES, EVELYN C | §341(a) Meeting Date: 07/29/15 |
| Period Ending: 08/23/16 | Claims Bar Date: 01/06/16 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 8816 Moody Ave. Morton Grove, IL 60053 (Debtor's Orig. Description: 8816 Moody Ave. Morton Grove, IL 60053 (Debtor's Residence); Imported from original petition Doc# 1; Exemption: 8816 Moody Ave. Morton Grove, IL 60053 (Debtors Residence)  -  Amount: 30000.00; Lien: Dates: 2011-2015 Nature of Lien: Mortgage Intention: Reaffirm 524 (c) *Description: 8816 Moody Ave. Morton Grove, IL 60053 (Debtor's Residence) VALUE: 285,000.00  -  Amount: 65981.00; Lien: Dates: 2004-2015 Nature of Lien: Mortgage - Second Market Value : $275,000.00 Intention: Reaffirm 524 (c) *Description: 8816 Moody Ave. Morton Grove, IL 60053 (Debtor's Residence) VALUE: 275,000.00  -  Amount: 160202.00 | 285,000.00 | 0.00 | | 8,500.00 | FA |
| 2 | Savings account with Chase  Orig. Description: Savings account with Chase; Imported from original petition Doc# 1; Exemption: 02. Checking, savings or other Savings account with Chase  -  Amount: 50.00 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Chase  Orig. Description: Checking account with Chase; Imported from original petition Doc# 1; Exemption: Checking account with Chase  -  Amount: 2550.00 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Used household goods; TV, DVD player, TV stand,  Orig. Description: Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs.; Imported from | 2,300.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 15-21731 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** PANARES, JORIL S | **Filed (f) or Converted (c):** 06/24/15 (f) |
| PANARES, EVELYN C | **§341(a) Meeting Date:** 07/29/15 |
| **Period Ending:** 08/23/16 | **Claims Bar Date:** 01/06/16 |

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | original petition Doc# 1; Exemption: 04. Household goods and furnishings.<br>Used household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans, rugs.  -  Amount: 2300.00 | | | | |
| 5 | Books, CD's, DVD's, Tapes/Records, Family Pictur<br>    Orig. Description: Books, CD's, DVD's, Tapes/Records, Family Pictures; Imported from original petition Doc# 1; Exemption: 05. Books, pictures and other<br>Books, CD's, DVD's, Tapes/Records, Family Pictures -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel.<br>    Orig. Description: Necessary wearing apparel.; Imported from original petition Doc# 1; Exemption: 06. Wearing Apparel<br>Necessary wearing apparel.  -  Amount: 200.00 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Earrings, watch, costume jewelry, wedding rings<br>    Orig. Description: Earrings, watch, costume jewelry, wedding rings; Imported from original petition Doc# 1; Exemption: 07. Furs and jewelry.<br>Earrings, watch, costume jewelry, wedding rings -  Amount: 1500.00 | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Athene Whole Life Insurance. Insured: Debtor. Be<br>    Orig. Description: Athene Whole Life Insurance. Insured: Debtor.<br>Beneficiary: Co-Debtor.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Athene Whole Life Insurance. Insured: Co-Debtor.<br>    Orig. Description: Athene Whole Life Insurance. Insured: Co-Debtor.<br>Beneficiary: Debtor.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 403(b) w/ Employer/Former Employer - 100% Exempt<br>    Orig. Description: 403(b) w/ Employer/Former | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 15-21731 | | Trustee: | (330129) | Ira Bodenstein |
|---|---|---|---|---|---|
| Case Name: | PANARES, JORIL S | | Filed (f) or Converted (c): | 06/24/15 (f) | |
| | PANARES, EVELYN C | | §341(a) Meeting Date: | 07/29/15 | |
| Period Ending: | 08/23/16 | | Claims Bar Date: | 01/06/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Employer - 100% Exempt.; Imported from original petition Doc# 1 | | | | | |
| 11  Fidelity IRA w/ Employer/Former Employer - 100% Orig. Description: Fidelity IRA w/ Employer/Former Employer - 100% Exempt.; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 12  Pension w/ Employer/Former Employer - 100% Exemp Orig. Description: Pension w/ Employer/Former Employer - 100% Exempt.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Pension w/ Employer/Former Employer - 100% Exemp Orig. Description: Pension w/ Employer/Former Employer - 100% Exempt.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14  2002 Mercedes Benz C230 with over 75,000 miles Orig. Description: 2002 Mercedes Benz C230 with over 75,000 miles; Imported from original petition Doc# 1; Exemption: 25. Autos, Truck, Trailers and 2002 Mercedes Benz C230 with over 75,000 miles - Amount: 2400.00; Exemption: 25. Autos, Truck, Trailers and 2002 Mercedes Benz C230 with over 75,000 miles - Amount: 1600.00 | 3,994.00 | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | $296,514.00 | $0.00 | | $8,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

4/1/2016- TFR submitted to UST office for review and approval on 4/1/2016

| Initial Projected Date Of Final Report (TFR): | June 30, 2016 | Current Projected Date Of Final Report (TFR): | April 21, 2016  (Actual) |
|---|---|---|---|

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 15-21731 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** PANARES, JORIL S | **Bank Name:** Rabobank, N.A. |
| PANARES, EVELYN C | **Account:** ******8666 - Checking Account |
| **Taxpayer ID #:** **-***2885 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/23/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/15 | {1} | Joril Panares | Sale of equity to debtor Oeder entered 11/18/15 Dkt 21 | 1110-000 | 8,500.00 | | 8,500.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 10.00 | 8,490.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 13.43 | 8,476.57 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 11.75 | 8,464.82 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 11.73 | 8,453.09 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-002 | | 13.33 | 8,439.76 |
| 05/19/16 | 101 | Ira Bodenstein | Dividend paid 100.00% on $10.85, Trustee Expenses;  Reference: | 2200-000 | | 10.85 | 8,428.91 |
| 05/19/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,593.98, Trustee Compensation;  Reference: | 2100-000 | | 1,593.98 | 6,834.93 |
| 05/19/16 | 103 | PYOD, LLC its successors and assigns as assignee | Dividend paid  16.32% on $2,794.42; Claim# 1; Filed: $2,794.42; Reference: NULL | 7100-000 | | 456.19 | 6,378.74 |
| 05/19/16 | 104 | Navient Solutions Inc. | Dividend paid  16.32% on $19,189.23; Claim# 2; Filed: $19,189.23; Reference: 96668150001000120040108 | 7100-000 | | 3,132.65 | 3,246.09 |
| 05/19/16 | 105 | PYOD, LLC its successors and assigns as assignee | Dividend paid  16.32% on $19,884.13; Claim# 3; Filed: $19,884.13; Reference: NULL | 7100-000 | | 3,246.09 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,500.00** | **8,500.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **8,500.00** | **8,500.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$8,500.00** | **$8,500.00** | |

| | |
|---|---|
| Net Receipts : | 8,500.00 |
| Less Other Noncompensable Items : | 60.24 |
| Net Estate : | $8,439.76 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8666** | **8,500.00** | **8,500.00** | **0.00** |
| | **$8,500.00** | **$8,500.00** | **$0.00** |